WEIR LLP
A Pennsylvania Limited Liability Partnership
By: Jennifer Hiller Nimeroff, Esquire
Attorney I.D. No. 027241995
20 Brace Road
Suite 201
Cherry Hill, NJ 08034
(856) 429-7750 (phone)
(856) 427-0360 (fax)
jhiller@weirlawllp.com                                         *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESSICA KRATOVIL AND BRIAN RAK | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:24-cv-10661 |
| | : | |
| PISCATAWAY TOWNSHIP | : | |
| | : | **CERTIFICATE OF SERVICE** |
| | : | |
| Defendants | : | |
| | : | |

I hereby certify that on this date a true and correct copy of the foregoing Motion for *Pro Hac Vice* Admission of Robert D. Sokolove, Esquire with regard to the above-captioned matter has been served on all counsel of record via CM/ECF and electronic mail, as follows:

William S. Bloom, Esquire
Methfessel & Werbel
2025 Lincoln Hwy #200
Edison, NJ 08817

Dated: February 5, 2025

*/s/ Jennifer Hiller Nimeroff*
Jennifer Hiller Nimeroff