

LAW OFFICES
# WEIR LLP

A Pennsylvania Limited Liability Partnership

**20 Brace Road, Suite 201**
**Cherry Hill, New Jersey 08034**
WEIRLAWLLP.COM

| | |
|---|---|
| Jennifer Hiller Nimeroff | Direct Dial (215) 241-7757 |
| Member of PA and NJ Bars | E-mail: jhiller@weirlawllp.com |

February 6, 2025

<u>*Via ECF/CM*</u>

Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
50 Walnut Street
Newark, NJ 07102

      Re:    Jessica Kratovil and Brian Rak v. Piscataway Township
               Docket No. 2:24-cv-10661

Dear Magistrate Judge Adams:

    This office represents Plaintiffs, Jessica Kratovil and Brian Rak in the above captioned action.

    On February 5, 2025 this office filed a Notice of Motion for Pro Hac Vice Admission of Robert D. Sokolove, Esquire. Kindly be advised that our adversary, William S. Bloom, Esquire, on behalf of his client, Defendant Piscataway Township, consents to the relief requested in our motion.

                             Respectfully,

                             JENNIFER HILLER NIMEROFF

JHN/
cc:    William S. Bloom, Esquire