

**METHFESSEL & WERBEL**
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO+
JENNIFER A. OSBORNE+
ANDREW J. GIBBS>
JARED S. SCHURE>

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS
BETH A. BOLGER+
PAUL E. GRIGGS>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2023)

Counsel
STEPHEN G. BRENNER+^
ADAM M. CARMAN+^
SHAJI M. EAPEN+
JOSEPH C. FALK>
ANGELA M. GURRERA>
GERALD KAPLAN+
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
KARISHMA DHRUVE>
MICHAEL R. EATROFF>
ERICA FRANCISCO-LAU+
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
JOHN M. MARTIN>
ANTHONY J. MANCUSO>
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
VITTORIA A. SCULCO>
SARAH E. SHEPP+
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New Jersey**

February 14, 2025

VIA ECOURTS FILING
Clerk, United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

RE: **JESSICA KRATOVIL AND BRIAN RAK VS. PISCATAWAY TOWNSHIP**
　　　Our File No.　　: 95781 WSB
　　　Docket No.　　 : 2:24-CV-10661

Dear Sir/Madam:

Enclosed please find the following documents:

☒ Notice of Motion
☒ Certification
☒ Order
☒ Certificate of Mailing

Very truly yours,
**METHFESSEL & WERBEL, ESQS.**

*/s/ William Bloom/*

William S. Bloom
bloom@methwerb.com
Ext. 167

WSB:jrf/Encl.

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

cc: <u>VIA EMAIL: jhiller@wgpllp.com</u>
    Jennifer Hiller Nimeroff, Esq.
    Weir Greenblatt Pierce LLP
    35 Kings Highway East
    Haddonfield, NJ 08033

    <u>VIA LRex – COURTESY COPY</u>
    Honorable Evelyn Padin, J.S.C.
    United States District Court
    Martin Luther King Jr. Federal Building & U.S. Courthouse
    2 Federal Square
    Newark, NJ 07101

William S. Bloom - ID #016631994
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
bloom@methwerb.com
Attorneys for Piscataway Township
Our File No.  95781 WSB

| | |
|---|---|
| JESSICA KRATOVIL AND BRIAN RAK<br>1247 BROOKSIDE ROAD<br>PISCATAWAY, NJ 08854<br><br>   Plaintiff<br><br>V.<br><br>PISCATAWAY TOWNSHIP<br>455 HOES LANE<br>PISCATAWAY, NJ 08854<br><br>   Defendant | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNITED STATES<br>DISTRICT - NEWARK<br>CIVIL ACTION NO.: 2:24-CV-10661<br><br>Civil Action<br><br>**NOTICE OF MOTION<br>TO DISMISS COUNTS ONE, TWO AND THREE OF PLAINTIFF'S COMPLAINT WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE NOTICE REQUIREMENTS OF THE TORT CLAIMS ACT, N.J.S.A. 59:8-8** |

**TO:   MOTIONS CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court at 2 Federal Square, Newark, NJ 07101 on March 17, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order to dismiss Counts One, Two and Three of plaintiff's complaint with prejudice for failure to comply with the notice requirements of the Tort Claims Act.

DATE OF:  Arbitration:  NONE            Mediation:  NONE
          Trial:  NONE                   Discovery End Date:  1/15/2026

                                    **METHFESSEL & WERBEL, ESQS.**
                                    Attorneys for Piscataway Township

By:_____
        William S. Bloom

DATED: February 14, 2025
A proposed form of Order is annexed hereto.