William S. Bloom - ID #016631994
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
bloom@methwerb.com
Attorneys for Piscataway Township
Our File No.  95781 WSB

| | |
|---|---|
| JESSICA KRATOVIL AND BRIAN RAK<br>1247 BROOKSIDE ROAD<br>PISCATAWAY, NJ 08854<br><br>                    Plaintiff<br><br>V.<br><br>PISCATAWAY TOWNSHIP<br>455 HOES LANE<br>PISCATAWAY, NJ 08854<br><br>                    Defendant | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNITED STATES<br>DISTRICT - NEWARK<br>CIVIL ACTION NO.: 2:24-CV-10661<br><br><br>                    Civil Action<br><br><br>                    **ORDER** |

**THIS MATTER** having been brought before the Court on the Motion of Methfessel & Werbel attorneys for defendant(s), Piscataway Township for an Order dismissing Counts One, Two and Three of plaintiff's Complaint with prejudice for failure to answer this defendant's Interrogatories, and the Court having considered the matter and for good cause shown;

**IT IS** on this          day of              ;

**ORDERED** that Counts One, Two and Three of plaintiff's Complaint be and is hereby dismissed with prejudice for failure to comply with the notice requirements of the Torts Claim Act, pursuant to N.J.S.A. 59:8-8; and it is further

4

**ORDERED** pursuant to Rule 1:5-1(a) that a copy of this Order will be served on all parties not served electronically, nor served personally in Court on this date, within seven (7) days of the date of this Order.

_____
J.S.C.

(  ) Opposed
(  ) Unopposed