Our File No.  95781

**CERTIFICATE OF MAILING**

The undersigned hereby certifies as follows:

    1.    I am employed by the law firm of Methfessel & Werbel.

    2.    On February 14, 2025 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

Motions Clerk, United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

Jennifer Hiller Nimeroff, Esq.
Weir Greenblatt Pierce LLP
35 Kings Highway East
Haddonfield, NJ 08033

Honorable Evelyn Padin, J.S.C.
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

    3.    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Jessica R. Ford