

LAW OFFICES
# WEIR LLP
A Pennsylvania Limited Liability Partnership

**20 Brace Road, Suite 201**
**Cherry Hill, New Jersey 08034**
WEIRLAWLLP.COM

Jennifer Hiller Nimeroff   Direct Dial (215) 241-7757
Member of PA and NJ Bars   E-mail: jhiller@weirlawllp.com

February 28, 2025

<u>*Via ECF/CM*</u>

Clerk, United Stated District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Jessica Kratovil and Brian Rak v. Piscataway Township
               Docket No. 2:24-cv-10661

Dear Sir/Madam:

    This office represents Plaintiffs, Jessica Kratovil and Brian Rak in the above captioned action.

    On February 14, 2025, Defendant, Piscataway Township, filed a Motion to Dismiss Counts One, Two and Three of Plaintiffs' Complaint With Prejudice. The return date for the Motion is March 17, 2025. By this letter, Plaintiffs seek an (automatic) extension of the motion day pursuant to L. Civ. R. 7.1(d)(5). The originally noticed motion day has not previously been extended or adjourned, and Plaintiffs invoke the provisions of L. Civ. R. 7.1(d)(5) before the date on which oppositions papers would otherwise be due under L. Civ. R. 7.1(d)(2) – March 3, 2025. The new motion day for the Motion is <u>April 7, 2025</u>.

                          Very truly yours,

                          JENNIFER HILLER NIMEROFF

JHN/
cc:    William S. Bloom, Esquire

---