

# METHFESSEL & WERBEL
### A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO+
JENNIFER A. OSBORNE+
ANDREW J. GIBBS>
JARED S. SCHURE>

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS
BETH A. BOLGER+
PAUL E. GRIGGS+

Counsel
STEPHEN G. BRENNER+^
ADAM M. CARMAN+^
SHAJI M. EAPEN+
JOSEPH C. FALK>
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
KARISHMA DHRUVE>
MICHAEL R. EATROFF>
ERICA FRANCISCO-LAU+
FRANK J. KEENAN+^
SCOTT KETTERER>
JOHN M. MARTIN>
ANTHONY J. MANCUSO>
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
VITTORIA A. SCULCO>
SARAH E. SHEPP+
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

Retired
JOHN METHFESSEL, SR.>
 (1935-2017)
DON CROWLEY*+
 (1942-2024)
MARC DEMBLING*+
 (1944-2022)

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New Jersey**

March 4, 2025

VIA ECOURTS FILING
Honorable Evelyn Padin, U.S.D.J.
United States District Court - Newark
Martin Luther King Jr. Federal Building &
U.S. Courthouse 2 Federal Square
Newark, NJ 07101

RE: **JESSICA KRATOVIL AND BRIAN RAK VS. PISCATAWAY TOWNSHIP**
　　Our File No.　　: 95781 WSB
　　Docket No.　　 : 2:24-CV-10661

Dear Judge Padin:

Pursuant to Your Honor's judicial preferences, on behalf of Defendant Piscataway Township, leave is requested to file a motion to dismiss Counts I-III of the Complaint with prejudice for failure to comply with the Tort Claims Notice requirement set forth in N.J.S.A. 59:8-8.

On October 22, 2024, Jessica Kratovil and Brian Rak ("Plaintiffs") filed a Complaint in the Superior Court of State of New Jersey, Middlesex County against Defendant. The underlying allegation is that Defendant's stormwater system is deficient and this has resulted in repeated flooding events on Plaintiffs' residential property "over the years, including within the two years preceding the

Methfessel & Werbel, Esqs.
Our File No. 95781 WSB
Page 2

commencement of this civil action." At Count I, plaintiffs allege that Defendant was negligent and liable for a dangerous condition of public property. At Count II, Plaintiffs allege nuisance and unreasonable interference with Plaintiffs' property. At Count III, plaintiffs allege trespass. At Count IV, Plaintiffs allege that defendant's conduct constituted an inverse condemnation in violation of the Fifth Amendment of the United State Constitution and 42 U.S.C. § 1983. Defendants removed this matter to Federal Court based upon the inclusion of the inverse condemnation claim.

Counts I-III fail because Plaintiffs did not serve a Tort Claims Notice.

When a party alleges that an injury arising from a tortious action or inaction of a public entity, any causes of action brought will be subject to the Torts Claim Act. N.J.S.A. 59:4-1, et seq. N.J.S.A. 59:8-8 requires any claim "relating to a cause of action for injury or damage to person or to property to be presented as provided in this chapter not later than the ninetieth day after accrual of the cause of action." N.J.S.A. 59:8-8 further directs that "[t]he claimant shall be forever barred from recovering against a public entity or public employee if:

> a. He failed to file his claim with the public entity within 90 days of accrual of his claim except as otherwise provided in section 59:8-9.

Methfessel & Werbel, Esqs.
Our File No. 95781 WSB
Page 3

For this reason, Defendant requests leave of Court to file a motion to dismiss Counts I-III of the Complaint with prejudice for failure to comply with the Tort Claims Notice requirement set forth in N.J.S.A. 59:8-8.

                                          Respectfully submitted,

                                          **METHFESSEL & WERBEL, ESQS.**

                                          William S. Bloom
                                          bloom@methwerb.com
                                          Ext. 167

WSB:jrf

  cc:  <u>VIA EMAIL: jhiller@wgpllp.com</u>
        Jennifer Hiller Nimeroff, Esq.
        Weir Greenblatt Pierce LLP
        35 Kings Highway East
        Haddonfield, NJ 08033