# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JESSICA KRATOVIL and BRIAN RAK**, <br><br> Plaintiffs, <br><br> v. <br><br> **PISCATAWAY TOWNSHIP**, <br><br> Defendant. | Civil Action No.  2:24-cv-10661 (EP) (SDA) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a status conference on **July 11, 2025** and for good cause shown:

**IT IS ON THIS 11th day of July, 2025 ORDERED:**

1. The deadline for fact discovery is extended until **October 31, 2025.**

2. There shall be a status conference before the undersigned on **October 24, 2025 at 10:00 a.m.** via videoconference. Microsoft Teams credentials to be provided. At least five business days before the conference, the parties shall file a joint status letter.

3. Expert discovery deadlines shall be held in abeyance. New deadlines shall be set at the next status conference.

*s/ Stacey D. Adams*  
Stacey D. Adams  
United States Magistrate Judge
