**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JESSICA KRATOVIL AND BRIAN RAK : | |
| : | |
| Plaintiffs : | CIVIL ACTION |
| : | |
| v. : | NO. 2:24-cv-10661 |
| : | |
| PISCATAWAY TOWNSHIP : | |
| : | **NOTICE OF APPEARANCE** |
| Defendant : | |
| : | |

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for

Plaintiffs, Jessica Kratovil and Brian Rak in the above-captioned proceeding.

WEIR LLP
A Pennsylvania Limited Liability Partnership

BY:    *s/ Robert D. Sokolove*
ROBERT D. SOKOLOVE, ESQUIRE
Attorney ID No. 529972025
20 Brace Road, Suite 201
Cherry Hill, NJ  08034
Phone: (856) 429-7750
rsokolove@weirlawllp.com
*Attorneys for Plaintiffs*

Dated: July 23, 2025

1

**CERTIFICATE OF SERVICE**

I, Robert D. Sokolove, hereby certify that on the 23rd day of July, 2025, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed using the CM/ECF system, pursuant to Local Rule 6.1, which will send notice of such filing to counsel of record for the parties.

BY: <u>    *s/ Robert D. Sokolove*            </u>
ROBERT D. SOKOLOVE, ESQUIRE
Attorney ID No. 529972025
20 Brace Road, Suite 201
Cherry Hill, NJ  08034
Phone: (856) 429-7750
rsokolove@weirlawllp.com
*Attorneys for Plaintiffs*