

LAW OFFICES

# WEIR LLP

A Pennsylvania Limited Liability Partnership

20 Brace Road, Suite 201
Cherry Hill, New Jersey 08034
WEIRLAWLLP.COM

Jennifer Hiller Nimeroff                                    Direct Dial (215) 241-7757
Member of PA and NJ Bars                                   E-mail: jhiller@weirlawllp.com

August 18, 2025

*Via ECF/CM*

Clerk, United Stated District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    **Jessica Kratovil and Brian Rak v. Piscataway Township**
       **Docket No. 2:24-cv-10661**

Dear Sir/Madam:

This office represents Plaintiffs, Jessica Kratovil and Brian Rak in the above captioned action.

On August 6, 2025, Defendant, Piscataway Township, filed a Motion to Dismiss Counts One, Two and Three of Plaintiffs' Complaint With Prejudice. (Dkt. 31). The return date for the Motion is September 2, 2025. Due to Plaintiffs' counsel vacation schedule falling after Defendant's Motion was filed and before the response deadline, additional time is needed for Plaintiffs to prepare their response. By this letter, Plaintiffs seek an (automatic) extension of the motion day pursuant to L. Civ. R. 7.1(d)(5). The originally noticed motion day has not previously been extended or adjourned, and Plaintiffs invoke the provisions of L. Civ. R. 7.1(d)(5) before the date on which oppositions papers would otherwise be due under L. Civ. R. 7.1(d)(2) – August 19, 2025. The new motion day for the Motion is September 15, 2025.

Respectfully submitted,

JENNIFER HILLER NIMEROFF

JHN/
cc:    William S. Bloom, Esquire

PENNSYLVANIA    ∞    NEW JERSEY    ∞    DELAWARE    ∞    NEW YORK