UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESSICA KRATOVIL AND BRIAN RAK | : | |
| Plaintiffs | : | CIVIL ACTION |
| v. | : | NO. 2:24-cv-10661 |
| PISCATAWAY TOWNSHIP | : | |
| Defendant | : | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNTS I, II AND III OF PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE**

THIS MATTER, having come before the Court the Motion to Dismiss of Defendant, Piscataway Township (the "Township"), as to Counts I, II and III of Plaintiffs' Amended Complaint, With Prejudice, and the Court having considered the Township's moving papers, Plaintiffs' opposing pagers and the Township's reply papers, if any; and for good cause shown;

IT IS this ____ day of _____, 2025, ORDERED and ADJUDGED that the Township's Motion is DENIED; and it is

FURTHER ORDERED that a copy of this Order shall be deemed served upon all counsel of record via electronic case filing.

_____
J.