# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESSICA KRATOVIL AND BRIAN RAK : | : | |
| Plaintiffs : | CIVIL ACTION | |
| v. : | NO. 2:24-cv-10661 | |
| PISCATAWAY TOWNSHIP : | **CERTIFICATE OF SERVICE** | |
| Defendants : | | |

I hereby certify that on this date a true and correct copy of the foregoing, Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss Counts I, II and III of Plaintiffs' Amended Complaint With Prejudice, including a proposed Order, Brief, Attorney Certification and this Certificate of Service, has been electronically filed and served on all counsel of record via CM/ECF and electronic mail, as follows:

    William S. Bloom, Esquire
    Methfessel & Werbel
    2025 Lincoln Hwy #200
    Edison, NJ 08817

Dated: September 2, 2025

                                    */s/ Jennifer Hiller Nimeroff*
                                    Jennifer Hiller Nimeroff