October 17, 2025

*Via CM/ECF*
Honorable Evelyn Padin, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        **Re:**     **Jessica Kratovil and Brian Rak v. Piscataway Township**
                  **Docket No. 2:24-cv-10661**

Dear Judge Padin:

      Kindly accept this joint status letter in preparation for the Status Conference scheduled in this matter for Friday, October 24, 2025 at 10:00 AM.

      This matter involves claims by homeowners against Piscataway Township related to improper drainage. Plaintiffs' claims against the Township are for dangerous condition/negligence, nuisance, trespass and inverse condemnation.

      **Pleadings.** On May 21, 2025, Plaintiffs filed an Amended Complaint. On May 28, 2025, the Township filed an Answer. On August 6, 2025, the Township filed a Motion to Dismiss Counts One, Two and Three of Plaintiffs' Complaint With Prejudice For Failure To Comply With The Notice Requirements Of The Tort Claims Act, N.J.S.A. 59:8-8. Plaintiffs filed a timely response in opposition, and the Township filed a reply brief.

      **Discovery.** The parties exchanged Rule 26 Disclosures. They served written discovery requests and responded to written discovery requests. The Township conducted the depositions of Plaintiffs Jessica Kratovil and Brian Rak. The depositions of various Township representatives (Joe Herrera, Mick Mosier and Charles Carly) are in the process of being scheduled for November and December, as Robert Sokolove, Esquire, counsel for Plaintiffs herein has two pending flood cases wherein the District Court in which such cases are pending has entered orders directing depositions in those cases to be taken in October and early November. As a result, the completion of the depositions of the Township representatives in this case cannot be accomplished by the fact discovery deadline of October 31, 2025. Since the parties have additional fact discovery to conduct and believe that the remaining fact discovery can be wrapped up by mid-January, they jointly request an extension of the October 31, 2025 deadline.

Honorable Evelyn Padin, U.S.D.J.
October 17, 2025
Page 2

                Respectfully submitted,

                WEIR LLP

BY: _____
                Jennifer Hiller Nimeroff, Esquire
                Robert D. Sokolove, Esquire, Esquire

METHFESSEL & WERBEL PC

BY: _____
                William S. Bloom, Esquire