

LAW OFFICES
# WEIR LLP
A Pennsylvania Limited Liability Partnership

20 Brace Road, Suite 201
Cherry Hill, New Jersey 08034
WEIRLAWLLP.COM

Jennifer Hiller NimeroffDirect Dial (215) 241-7757
Member of PA and NJ BarsE-mail: jhiller@weirlawllp.com

October 22, 2025

<u>*Via CM/ECF*</u>
Honorable Evelyn Padin, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:Jessica Kratovil and Brian Rak v. Piscataway Township
Docket No. 2:24-cv-10661

Dear Judge Padin:

This office represents Plaintiffs, Jessica Kratovil and Brian Rak in the above captioned action.

A Status Conference is scheduled in this matter for Friday, October 24, 2025 at 10:00 AM. The purpose of this letter is to respectfully request that the Status Conference be rescheduled. The undersigned is unable to attend due to a family commitment that arose after the initial scheduling of the Conference, and Robert Sokolove, Esquire will be conducting depositions in another case where multiple parties and their attorneys will be present, thus making it difficult to simply step away from the deposition for the Conference. The undersigned has conferred with William S. Bloom, Esquire, counsel for the Defendant, Piscataway Township, and he consents to the rescheduling of the Status Conference. Kindly advise if the Court can accommodate this request.

Should the Court determine, after review of counsel's joint letter to the Court dated October 17, 2025, that a Status Conference need not be conducted at this time, we would like to reiterate the parties' joint request to extend the fact discovery deadline of October 31, 2025 to mid-January, 2026, to allow for the completion of fact discovery, including but not limited to the depositions of the various Township Representatives identified in our joint letter of October 17, 2025.

Honorable Evelyn Padin, U.S.D.J.
October 22, 2025
Page 2

                                                  Respectfully submitted,

                                                  JENNIFER HILLER NIMEROFF

JHN/
cc:      William S. Bloom, Esquire