UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA KRATOVIL, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>PISCATAWAY TOWNSHIP,<br><br>           Defendant. | Case No. 2:24-cv-10661 (EP) (SDA)<br><br>Hon. Stacey D. Adams<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a status conference before the undersigned on January 23rd, 2026, and for good cause shown:

**IT IS, on this 23rd day of January, 2026, hereby ORDERED** as follows:

1. The deadline for fact discovery is extended to **March 13, 2026**.

2. The deadline for Plaintiffs' expert reports is extended to **May 1, 2026**.

3. The deadline for Defendant's expert reports is extended to **June 19, 2026**.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed by **July 31, 2026**.

5. There shall be a status conference before Magistrate Judge Adams on **June 12, 2026 at 1:30 p.m.** via video conference. Microsoft Teams login credentials will be provided. The parties shall provide a joint status update, no longer than 3 pages in length, at least 5 business days before the conference. The schedule for expert discovery shall be set at this conference.

           */s/ Stacey D. Adams*           
           Hon. Stacey D. Adams, U.S.M.J.