June 2, 2026

*Via CM/ECF*
Honorable Stacey D. Adams, U.S.M.J.
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:    Jessica Kratovil and Brian Rak v. Piscataway Township**
> **Docket No. 2:24-cv-10661**

Dear Magistrate Adams:

Kindly accept this joint status letter in preparation for the Status Conference scheduled in this matter for Friday, June 5, 2026 at 2:30 PM.

This matter involves claims by homeowners against Piscataway Township related to improper drainage. Plaintiffs' claims against the Township are for dangerous condition/negligence, nuisance, trespass and inverse condemnation.

**Pleadings.** On January 5, 2026, the Township filed a Motion to Dismiss Counts One, Two and Three of Plaintiffs' Amended Complaint With Prejudice For Failure To Comply With The Notice Requirements Of The Tort Claims Act, N.J.S.A. 59:8-8. (Docket No. 40). That Motion is still pending. Given Plaintiffs' claim for inverse condemnation (Count Four), a favorable ruling on the Township's Motion would not dispose of the entire case.

**Discovery.** Fact discovery is concluded. Plaintiffs served their expert reports on the Township. The Township's rebuttal reports are due June 19, 2026; it is understood that the Township requires a two week extension of that deadline. It is anticipated that depositions of all or some of the experts will be conducted after the Township serves its rebuttal reports.

Respectfully submitted,

WEIR LLP

BY: _____
      Jennifer Hiller Nimeroff, Esquire
      Robert D. Sokolove, Esquire, Esquire

METHFESSEL & WERBEL PC

BY: */s/ William Bloom*_____
      William S. Bloom, Esquire

PENNSYLVANIA    ∞    NEW JERSEY    ∞    DELAWARE    ∞    NEW YORK