**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JESSICA KRATOVIL, *et al.*, | Civil Action No. 2:24-cv-10661-EP-SDA |
| Plaintiffs, | Hon. Stacey D. Adams |
| v. | |
| PISCATAWAY TOWNSHIP, | **AMENDED SCHEDULING ORDER** |
| Defendant. | |

**THIS MATTER** having come before the Court for a status conference before the undersigned on June 5, 2026, and for good cause shown,

**IT IS, on this 5th day of June, 2026, hereby ORDERED** as follows:

1. The deadline for all responsive expert reports is extended to **July 3, 2026**.

2. The deadline for expert discovery, including the depositions of any expert witnesses, is extended to **August 28, 2026.**

3. There shall be a settlement conference before the undersigned on **September 10, 2026 at 10:00 a.m. IN PERSON** at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 8, Newark, NJ 07102. Lead trial counsel and all parties must attend. If a corporate or government entity is a party, then a person with full settlement authority must attend. If an insurance carrier is involved, then an adjustor with full settlement authority must attend (in addition to the party). Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard

copy that is received by Chambers no later than five (5) business days in advance of the settlement conference.

*/s/ Stacey D. Adams*
Hon. Stacey D. Adams, U.S.M.J.