METHFESSEL & WERBEL
A Professional Corporation

JOEL N. WERBEL>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO±
JENNIFER A. OSBORNE+
ANDREW J. GIBBS>
JARED S. SCHURE>
RICHARD A. NELKE~
BRENT R. POHLMAN+

Of Counsel
JOHN METHFESSEL, JR.>
STEPHEN R. KATZMAN#
ED THORNTON>
I. BLAKELEY JOHNSTONE, III+*
BETH A. BOLGER+
PAUL E. GRIGGS>

Counsel
ADAM M. CARMAN+^
SHAJI M. EAPEN+
JOSEPH C. FALK>
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
STEVEN K. PARNESS+
KAJAL J. PATEL+
RAINA M. PITTS^
AMANDA J. SAWYER^
STEVEN A. UNTERBURGER+

Associates
JEFFREY R. BALL≤
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
ERICA FRANCISCO-LAU+
ERIN GALARDI<
ELENA GAMMARDELLA≥
CARLOS J. JIMENEZ+
FRANK J. KEENAN+^
SCOTT KETTERER>
ZURAB MAISURADZE>
JOHN M. MARTIN>
HOLLY C. RENSHAW>
NICOLETTE RUBEL>
VITTORIA A. SCULCO>
MANINDER K. SINGH>
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
=Member of MA & NY Bar
<Member of MN Bar
≤Member of NJ, ID & NM Bar
≥Member of NY, NJ & CT Bar
~Member of NY, NJ & DC Bar
±Member of NY, NJ & FL Bar

**Please reply to New Jersey**

August 26, 2026

VIA ECOURTS FILING
Hon. Stacey D. Adams
Clerk, United States District Court - Newark
Martin Luther King Jr. Federal Building &
U.S. Courthouse 2 Federal Square
Newark, NJ 07101

RE: **JESSICA KRATOVIL AND BRIAN RAK VS. PISCATAWAY TOWNSHIP**
Our File No. : 95781 WSB
Civil Action No. : 2:24-CV-10661

Dear Judge Adams:

The within matter is scheduled for a Settlement Conference on September 10, 2026.

As Your Honor will recall, the Amended Complaint sets forth four Counts. Recently an Order was entered dismissing Counts I-III based upon the tort claims notice requirements in the New Jersey Tort Claims Act. As such, the only remaining claim at this time is inverse condemnation.

2025 Lincoln Highway ▪ Suite 200 ▪ P.O. Box 3012 ▪ Edison, NJ 08818 ▪ (732) 248-4200 ▪ FAX (732) 248-2355
112 West 34th Street ▪ 17th Floor ▪ New York, NY 10120 ▪ (212) 947-1999 ▪ FAX (212) 947-3332
One Liberty Place ▪ 1650 Market St., 36th Floor ▪ Philadelphia, PA 19103 ▪ (215) 665-5622 ▪ FAX (215) 665-5623
101 Federal Street ▪ Suite 1900 ▪ Boston, MA 02110 ▪ (617) 204-5630
www.njinslaw.com

Your Honor previously directed that a representative of the Defendant be present for the settlement conference. It is our intention to have the Business Administrator for the Township of Piscataway present at the settlement conference with regard to the inverse condemnation claim. We do not intend on having a representative present as to the dismissed claims.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

William S. Bloom
bloom@methwerb.com
Ext. 167

WSB:as/hk

cc: VIA EMAIL: jhiller@wgpllp.com
Jennifer Hiller Nimeroff, Esq.
Weir LLP
35 Kings Highway East
Haddonfield, NJ 08033

VIA EMAIL: rsokolove@weirlawllp.com
Robert Sokolove, Esq.
Weir LLP
20 Brace Road, Suite 201
Cherry Hill, NJ 08034