METHFESSEL & WERBEL
A Professional Corporation

JOEL N. WERBEL>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO±
JENNIFER A. OSBORNE+
ANDREW J. GIBBS>
JARED S. SCHURE>
RICHARD A. NELKE~
BRENT R. POHLMAN+

Of Counsel
JOHN METHFESSEL, JR.>
I. BLAKELEY JOHNSTONE, III+*
BETH A. BOLGER+
PAUL E. GRIGGS>
FRANK J. KEENAN+^

Counsel
ADAM M. CARMAN+^
SHAJI M. EAPEN+
JOSEPH C. FALK>
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
STEVEN K. PARNESS+
KAJAL J. PATEL+
RAINA M. PITTS^
AMANDA J. SAWYER^
STEVEN A. UNTERBURGER+

Associates
JEFFREY R. BALL≤
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
ERICA FRANCISCO-LAU+
ERIN GALARDI<
ELENA GAMMARDELLA≥
MICHAEL GONZALEZ>
ALINA T. HASAN+
CARLOS J. JIMENEZ+
SCOTT KETTERER>
ZURAB MAISURADZE>
JOHN M. MARTIN>
HOLLY C. RENSHAW>
NICOLETTE RUBEL>
VITTORIA A. SCULCO>
MANINDER K. SINGH>
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)
STEPHEN R. KATZMAN#
ED THORNTON>

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
=Member of MA & NY Bar
<Member of MN Bar
≤Member of NJ, ID & NM Bar
≥Member of NY, NJ & CT Bar
~Member of NY, NJ & DC Bar
±Member of NY, NJ & FL Bar

**Please reply to New Jersey**

October 7, 2026

VIA ECOURTS FILING
Hon. Stacey D. Adams
United States District Court - Newark
Martin Luther King Jr. Federal Building &
U.S. Courthouse 2 Federal Square
Newark, NJ 07101

RE: **JESSICA KRATOVIL AND BRIAN RAK VS. PISCATAWAY TOWNSHIP**
Our File No. : 95781 WSB
Civil Action No. : 2:24-CV-10661

Dear Judge Adams:

Per Your Honor's request, we wish to advise the following:

1. Defendant does not wish to engage in further settlement negotiations at this time and instead wishes to pursue its dispositive motion; to that end, below is an agreed upon briefing schedule.

2. Plaintiffs will not be amending their federal complaint to add their new state tort claims.

The proposed brief schedule is as follows:

11/16/26 – Defendant's Motion for Summary Judgment

12/18/26 – Plaintiffs' Opposition

1/8/27 – Defendant's Reply Brief

2025 Lincoln Highway · Suite 200 · P.O. Box 3012 · Edison, NJ 08818 · (732) 248-4200 · FAX (732) 248-2355
112 West 34th Street · 17th Floor · New York, NY 10120 · (212) 947-1999 · FAX (212) 947-3332
One Liberty Place · 1650 Market St., 36th Floor · Philadelphia, PA 19103 · (215) 665-5622 · FAX (215) 665-5623
101 Federal Street · Suite 1900 · Boston, MA 02110 · (617) 204-5630
www.njinslaw.com

Please advise if anything further is needed.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

William S. Bloom
bloom@methwerb.com
Ext. 167

WSB:jrf

cc: VIA EMAIL: jhiller@wgpllp.com
Jennifer Hiller Nimeroff, Esq.
Weir LLP
35 Kings Highway East
Haddonfield, NJ 08033

VIA EMAIL: rsokolove@weirlawllp.com
Robert Sokolove, Esq.
Weir LLP
20 Brace Road, Suite 201
Cherry Hill, NJ 08034