M&W

**METHFESSEL & WERBEL**
A Professional Corporation

JOEL N. WERBEL>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO±
JENNIFER A. OSBORNE+
ANDREW J. GIBBS>
JARED S. SCHURE>
RICHARD A. NELKE~
BRENT R. POHLMAN+

Of Counsel
JOHN METHFESSEL, JR.>
I. BLAKELEY JOHNSTONE, III+*
BETH A. BOLGER+
PAUL E. GRIGGS>
FRANK J. KEENAN+^

Counsel
ADAM M. CARMAN+^
SHAJI M. EAPEN+
JOSEPH C. FALK>
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
STEVEN K. PARNESS+
KAJAL J. PATEL+
RAINA M. PITTS^
AMANDA J. SAWYER^
STEVEN A. UNTERBURGER+

Associates
JEFFREY R. BALL≤
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
ERICA FRANCISCO-LAU+
ERIN GALARDI<
ELENA GAMMARDELLA≥
MICHAEL GONZALEZ>
ALINA T. HASAN+
CARLOS J. JIMENEZ+
SCOTT KETTERER>
ZURAB MAISURADZE>
JOHN M. MARTIN>
HOLLY C. RENSHAW>
NICOLETTE RUBEL>
VITTORIA A. SCULCO>
MANINDER K. SINGH>
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)
STEPHEN R. KATZMAN#
ED THORNTON>

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
=Member of MA & NY Bar
<Member of MN Bar
≤Member of NJ, ID & NM Bar
≥Member of NY, NJ & CT Bar
~Member of NY, NJ & DC Bar
±Member of NY, NJ & FL Bar

**Please reply to New Jersey**

October 7, 2026

<u>VIA ECOURTS FILING</u>
Hon. Stacey D. Adams
United States District Court - Newark
Martin Luther King Jr. Federal Building &
U.S. Courthouse 2 Federal Square
Newark, NJ 07101

RE: **JESSICA KRATOVIL AND BRIAN RAK VS. PISCATAWAY TOWNSHIP**
Our File No. : 95781 WSB
Civil Action No. : 2:24-CV-10661

# <u>ORDER</u>

Dear Judge Adams:

Per Your Honor's request, we wish to advise the following:

1. Defendant does not wish to engage in further settlement negotiations at this time and instead wishes to pursue its dispositive motion; to that end, below is an agreed upon briefing schedule.

2. Plaintiffs will <u>not</u> be amending their federal complaint to add their new state tort claims.

The proposed brief schedule is as follows:

11/16/26 – Defendant's Motion for Summary Judgment

12/18/26 – Plaintiffs' Opposition

1/8/27 – Defendant's Reply Brief

2025 Lincoln Highway ▪ Suite 200 ▪ P.O. Box 3012 ▪ Edison, NJ 08818 ▪ (732) 248-4200 ▪ FAX (732) 248-2355
112 West 34th Street ▪ 17th Floor ▪ New York, NY 10120 ▪ (212) 947-1999 ▪ FAX (212) 947-3332
One Liberty Place ▪ 1650 Market St., 36th Floor ▪ Philadelphia, PA 19103 ▪ (215) 665-5622 ▪ FAX (215) 665-5623
101 Federal Street ▪ Suite 1900 ▪ Boston, MA 02110 ▪ (617) 204-5630
www.njinslaw.com

Please advise if anything further is needed.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

William S. Bloom
bloom@methwerb.com
Ext. 167

WSB:jrf

cc: VIA EMAIL: jhiller@wgpllp.com
Jennifer Hiller Nimeroff, Esq.
Weir LLP
35 Kings Highway East
Haddonfield, NJ 08033

VIA EMAIL: rsokolove@weirlawllp.com
Robert Sokolove, Esq.
Weir LLP
20 Brace Road, Suite 201
Cherry Hill, NJ 08034

**SO ORDERED.**

**Hon. Stacey D. Adams**
**United States Magistrate Judge**
**Date: October 14, 2026**